# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                 :     NO. 283

: 

ORDER AMENDING RULES    :     APPELLATE PROCEDURAL RULES

905, 1922, 1925, AND 1931 OF    :

THE PENNSYLVANIA RULES OF   :     DOCKET

APPELLATE PROCEDURE        :

: 

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of June, 2019, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published for public comment at 46 Pa.B. 5886 (September 17, 2016):

       It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 905, 1922, 1925, and 1931 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

       This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.